_____

No. 96-1455
_____

Renee Paula Sharp,                      *
                                        *
          Appellant,                    *
                                        *
     v.                                 *
                                        *
Darlene J. Smith, doing business        *
as D.J. Smith Realty Co., doing         *   Appeal from the United States
business as Smith Realty Co.;           *   District Court for the
Jayson Smith; Roger D. Moe;             *   District of Minnesota.
Intercity Investments, also             *
known as Intercity Investment           *        [UNPUBLISHED]
Properties, Inc.; Patrick D.            *
McGowan; James Alsdurf, PhD;            *
Ann L. Alton; Brian Kopperud,           *
                                        *
          Appellees.                    *

_____

Submitted:  December 3, 1996

Filed:  December 11, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.

     Renee Paula Sharp appeals from the denial by the District Court[1] of her motion for a temporary restraining order and dismissal of her complaint as frivolous.  Having carefully reviewed

_____

     [1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

the entire record and the parties' submissions, we conclude the judgment of the District Court was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Sharp's motions to supplement the record.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.